IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   No. 4:11CR00290-15 JLH | |
| TRAVERSE TACKER | DEFENDANT |

## ORDER

Traverse Tacker has filed a motion for early termination of probation. The United States must respond to the motion, after conferring with the probation office, on or before November 21, 2014.

IT IS SO ORDERED this 7th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE